UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Baozhi Zhu, individually and on behalf all other employees similarly situated,<br><br>                              Plaintiff,<br><br>- against -<br><br>Monroe Chocolate Spa & Nails Inc, Xiang Ji, Le Han and "John" (First Name Unknown) Xu,<br><br>                              Defendants. | Civil Action No.:<br>1:18-CV-3024 |

**NOTICE OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Please take notice, that upon the accompanying Plaintiff's Memorandum of Law in Support of her Motion for Leave to Amend the Complaint; the Declaration of Rui Ma, together with Plaintiff's proposed First Amended Complaint; and upon all the pleadings and proceedings herein, Plaintiff will move this Court before the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, Southern District of New York at the New York Federal Courthouse, 500 Pearl Street, Courtroom 6B, New York, NY 10007-1312, on a date to be determined by the Court, for leave, pursuant to Fed. R. Civ P. 15(a)(2), granting Plaintiff's motion to amend her Complaint.

Dated: September 14, 2016
      Flushing, New York

By:*/s/ Rui Ma*___
Rui Ma, Esq.
Hang & Associates, PLLC
136-20 38th Avenue, Suite 10G
Flushing, New York 11354
Tel: (718) 353-8588
Fax: (718) 353-6288